# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 MAY -6 PM 3:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

JASON CLAVER, individually and on behalf of all other persons similarly situated and on behalf of the general public

vs

COLDWELL BANER RESIDENTIAL BROKERAGE COMPANY, a California corporation

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 0817 L AJB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Patrick N. Keegan, Esq. (SBN 167698)
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Deigo, CA  92122

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY
(SEAL)

By _____, Deputy Clerk

MAY 06 2008

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)