| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Keegan & Baker, LLP Brent Jex, Esq., 235261 4370 La Jolla Village Drive, #640 San Diego, CA 92122 | TELEPHONE NO.: (858) 552-6750 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: 7011-Claver | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
940 FRONT ST. ROOM 1160
SAN DIEGO, CA 921018900

PLAINTIFF:
Jason Claver

DEFENDANT:
Coldwell Banker Residential Brokerage Company

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV | CASE NUMBER: 08CV0817LAJB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons in a Civil Action, Class Action Complaint**

ON: **Coldwell Banker Residential Brokerage Company**

AT: 2730 Gateway Oaks Drive, Ste. 100
Sacramento, CA 95833

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**Becky DeGeorge - Authorized to Accept**

ON: 05/15/2008
AT: 02:00 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 77.50
County: Sacramento
Registration No.: 98-02
E.S.Q. Services, Inc.
2121 Fifth Avenue, Suite 203
San Diego, CA 92101
(619) 296-0120

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 22, 2008.

Signature: _Jenice Rossner_
Jenice Rossner

**PROOF OF SERVICE**

Order#: S102524/GProof39