1  CALVIN E. DAVIS (SBN: 101640)
   GORDON & REES LLP
2  633 West Fifth Street, Suite 4900
   Los Angeles, CA 90071
3  Telephone: (213) 576-5000
   Facsimile: (213) 680-4470
4  cdavis@gordonrees.com

5  Attorneys for Defendant COLDWELL BANKER RESIDENTIAL
   BROKERAGE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLAVER, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>COLDWELL BANKER RESIDENTIAL BROKERAGE COMPANY, a California corporation,<br><br>Defendant. | CASE NO. 08 CV 0817 L AJB<br><br>JOINT MOTION AND STIPULATION TO EXTEND DEADLINE FOR DEFENDANT COLDWELL BANKER RESIDENTIAL BROKERAGE COMPANY TO RESPOND TO THE COMPLAINT |

Plaintiff JASON CLAVER and Defendant COLDWELL BANKER RESIDENTIAL BROKERAGE COMPANY ("COLDWELL BANKER") stipulate and agree as follows:

WHEREAS:

CLAVER filed a Complaint against COLDWELL BANKER on May 6, 2008;

COLDWELL BANKER's current deadline to file response to the Complaint is June 4, 2008;

COLDWELL BANKER requires additional time to adequately investigate the numerous factual and legal allegations in this putative class action Complaint and to prepare a thorough response thereto;

The parties have made no previous request to extend the time within which COLDWELL

-1-
STIPULATION TO EXTEND DEADLINE TO ANSWER    CASE NO: 08-cv-0817 L AJB

//5699087v.1

1  BANKER may respond to the Complaint.

2  IT IS HEREBY STIPULATED that:

3  The deadline for COLDWELL BANKER to file and serve a response to CLAVER's

4  Complaint is extended from June 4, 2008 to July 7, 2008.

6  Dated: May 29, 2008                          GORDON & REES, LLP

8                                               By:  s/ Calvin E. Davis
9                                                    Calvin E. Davis
                                                     Email: cdavis@gordonrees.com
10                                              Attorneys for Defendant COLDWELL
                                                BANKER RESIDENTIAL BROKERAGE
11                                              COMPANY

12 Dated: May 29, 2008                          KEEGAN & BAKER, LLP

14                                              By:  s/ Brent Jex
                                                     Patrick N. Keegan
15                                                   Jason E. Baker
                                                     Brent Jex
16                                                   Email: bjex@kmb-law.com
                                                Attorneys for Plaintiff JASON CLAVER