| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | | COURT USE ONLY |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Calvin E. Davis (SBN: 101640)<br>GORDON & REES LLP<br>633 West Fifth Street, Suite 4900<br>Los Angeles, California 90071 | Telephone No.<br>Tel: (213) 576-5000<br>Fax: (213) 680-4470 | |
| SHORT CASE TITLE<br>JASON CLAVER v. COLDWELL BANKER | | JUDGE: Hon. M. James Lorenz<br>COURTROOM: 14 |
| ATTORNEYS FOR<br>COLDWELL BANKER RESIDENTIAL BROKERAGE COMPANY | | Case No.<br>08 CV 0817 L AJB |

## PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 101 West Broadway, Suite 1600, San Diego, California 92101.

On May 28, 2008, I served the following document(s):

**JOINT MOTION AND STIPULATION TO EXTEND DEADLINE FOR DEFENDANT COLDWELL BANKER RESIDENTIAL BROKERAGE COMPANY TO RESPOND TO THE COMPLAINT; AND**

**ORDER**

by placing a copy thereof in a separate envelope for each addressee named hereafter and addressed as follows:

Patrick N. Keegan
Jason E. Baker
Brent Jex
Keegan & Baker, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122
Tel: (858) 552-6750 / Fax: (858) 552-6749

( X ) BY ELECTRONIC TRANSMISSION. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

( X ) BY MAIL. I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

( ) BY FAX. A copy of said document(s) was delivered by facsimile transmission to the addressee pursuant to Code of Civil Procedure §1013(e).

( ) BY PERSONAL SERVICE. I hand-delivered said document(s) to the addressee pursuant to Code of Civil Procedure §1011.

( ) PERSONAL SERVICE BY CAUSE. I caused said documents to be hand-delivered to the addressee on _____, 2005, pursuant to Code of Civil Procedure §1011.

( )   BY OVERNIGHT MAIL. I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 28, 2008.

*Melinda J. Alford* (signature)
Melinda J. Alford