UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLAVER, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COLDWELL BANKER RESIDENTIAL BROKERAGE COMPANY, a California corporation,<br><br>　　　　　　Defendant. | CASE NO. 08 CV 0817 L AJB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

**ORDER**

Having reviewed the Joint Motion and Stipulation to Extend Deadline for Defendant to Coldwell Banker Residential Brokerage Company ("Coldwell") to Respond to the Complaint and for good cause shown, the Court hereby GRANTS the motion and extends the time for Coldwell to file and serve a response to the Complaint to July 7, 2008.

Dated: May 30, 2008

By: _/s/ M. James Lorenz_
The Honorable M. James Lorenz
United States District Court

-1-

ORDER　　　　　　　　　　　　　　　　　　　　　　　CASE NO: 08-cv-0817 L AJB

//5699240v.1