UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
AUG - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
*Clerk's Office File Stamp*

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Lorenz
FROM: K. Hammerly   Deputy Clerk   RECEIVED DATE: 7/28/2008
CASE NO.: 08cv817   DOCUMENT FILED BY: Barlow & Kalin Attys for AmicusCuriae
CASE TITLE: Claver v. Coldwell Banker Residential Brokerage Company
DOCUMENT ENTITLED: Request for Permission to File an *Amicus Curiae* Letter Brief; Letter Brief in Support of Deft

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | OTHER: Civ. Local Rule 5.1(h) Counsel informed on 7/22/08 that ct. will not accept an amicus brief |

Date forwarded: _____ [Date Forward:] _____

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **M. JAMES LORENZ**

Dated: 8/1/08
By: _____
cc: All Parties

**REJECTED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLAVER<br><br>Plaintiffs<br><br>v.<br><br>COLDWELL BANKER RESIDENTIAL BROKERAGE COMPANY<br><br>Defendants | )<br>) **Case No. 08 CV 0817 L AJB**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR PERMISSION
TO FILE AN *AMICUS CURIAE* LETTER BRIEF
AND
LETTER BRIEF OF *AMICUS CURIAE*
IN SUPPORT OF DEFENDANT,
COLDWELL BANKER RESIDENTIAL BROKERAGE COMPANY**

JUNE BABIRACKI BARLOW, VICE PRESIDENT
and GENERAL COUNSEL
(Bar No. 093472)
NEIL D. KALIN, ASSISTANT GENERAL COUNSEL
(Bar No. 119920)

Attorneys for *Amicus Curiae*
CALIFORNIA ASSOCIATION OF REALTORS®
525 South Virgil Avenue
Los Angeles, California 90020
(213) 739-8200