1  CALVIN E. DAVIS  (SBN: 101640)
   YESENIA M. GALLEGOS  (SBN: 231852)
2  GORDON & REES LLP
   633 West Fifth Street, Suite 4900
3  Los Angeles, CA  90071
   Telephone:  (213) 576-5000
4  Facsimile:  (213) 680-4470
   Email: cdavis@gordonrees.com
5  ygallegos@gordonrees.com

6  Attorneys for Defendant
   COLDWELL BANKER RESIDENTIAL
7  BROKERAGE COMPANY

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 JASON CLAVER, individually and on behalf  )  CASE NO. 08 CV 0817 L AJB
   of all other persons similarly situated and on )
11 behalf of the general public,                   )  **AMENDED CERTIFICATE OF**
                                                   )  **SERVICE**
12                         Plaintiff,              )
                                                   )  Date:     August 25, 2008
13         vs.                                     )  Time:     10:30 a.m.
                                                   )  Location: Courtroom 14
14 COLDWELL BANKER RESIDENTIAL                     )  Judge:    Hon. M. James Lorenz
   BROKERAGE COMPANY, a California                 )
15 corporation,                                    )  Complaint filed:    5/6/08
                                                   )  Trial date:         Unassigned
16                         Defendant.              )
                                                   )
17                                                 )

18

...

1

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** was filed electronically on August 18, 2008, and will, therefore be served electronically upon:

> Brent Jex, Esq.
> KEEGAN & BAKER, LLP
> 4370 La Jolla Village Drive, Suite 640
> San Diego, CA 92122
> E-mail: bjex@kmb-law.com
> Tel: (858) 552-6750
> Fax: (858) 552-6749
> Attorney for Plaintiff

Executed August 18, 2008, at Los Angeles, California.

              s/Calvin E. Davis
              Calvin E. Davis, Esq.
              Attorneys for Representative Defendant
              Coldwell Banker Residential Brokerage
              Company
              cdavis@gordonrees.com

Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071