UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLAVER, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>COLDWELL BANKER RESIDENTIAL BROKERAGE COMPANY, a California corporation,<br><br>Defendant, | Civil No. 08cv817-L(AJB)<br><br>**ORDER RE: ORAL ARGUMENT** |

Currently scheduled on this court's calendar for August 25, 2008 is Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The court finds this motion suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on August 25, 2008 and the motion will be deemed submitted as of that date.

**IT IS SO ORDERED**.

DATED: August 18, 2008

M. James Lorenz

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

08cv817