UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLAVER, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COLDWELL BANKER RESIDENTIAL BROKERAGE COMPANY, a California corporation,<br><br>　　　　　　Defendant, | Civil No. 08cv817-L(AJB)<br><br>**ORDER RE: ORAL ARGUMENT** |

　　　Currently scheduled on this court's calendar for June 8, 2009 is Plaintiff's motion to certify partial judgment for appeal pursuant to Federal Rule of Civil Procedure 54(b). The court finds this motion suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on June 8, 2009 and the motion will be deemed submitted as of that date.

　　　**IT IS SO ORDERED**.

DATED: June 1, 2009

　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL